

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2020

No. 04-20-00068-CR

James Deangelo **JOHSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12139A
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

From the limited record before us, it appears that on January 15, 2020, the trial court imposed sentence on Appellant. Appellant timely filed a notice of appeal.

On February 13, 2020, Appellant's court-appointed counsel filed a motion to withdraw Appellant's notice of appeal, which is signed by counsel but is not signed by Appellant. *Contra* TEX. R. APP. P. 42.2 (requiring the appellant's signature to authorize a voluntary motion to dismiss).

Counsel's motion to dismiss this appeal is DENIED without prejudice to filing a motion with the requisite signatures. *See id.* ("The appellant and his or her attorney must sign the written motion to dismiss . . . ."); *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2020.



Michael A. Cruz,
Clerk of Court